UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN ADMIRALTY

**PENSACOLA BEACH MARINA, LLC,**

    Plaintiff,

vs.                                      Case No.:  3:08cv230/MCR/MD

**VITAMIN SEA OF PENSACOLA BEACH, INC. ; SEARS' MARKET ON THE ISLAND, INC.; and the M/V VITAMIN SEA.**

    Defendants.
_____

### ORDER APPOINTING SUBSTITUTE CUSTODIAN

THIS CAUSE came before the Court upon Plaintiff's Motion for Appointment of Substitute Guardian.  The Court being apprised of the grounds for the relief sought by Plaintiff, it is hereby ORDERED AND ADJUDGED as follows:

1. The court finds that Pensacola Beach Marina is duly qualified to serve as Substitute Custodian of the M/V Vitamin Sea, her engines, tackle, apparel and appurtenances, etc.  Furthermore, Pensacola Beach Marina has agreed to assume the responsibility of safekeeping the M/V Vitamin Sea.  Likewise, Pensacola Beach Marina has agreed to act as Substitute Custodian until further order of the Court.

2. Upon the arrest of the M/V Vitamin Sea, the United States Marshal for the Northern District of Florida is and shall be authorized and directed to surrender the possession thereof to the Substitute Custodian named herein, Pensacola Beach Marina.  Upon such surrender, the Marshal shall be discharged from the duties and responsibilities

for the safekeeping of said Vessel and held harmless by any party for any and all claims arising whatsoever out of said substitute possession and safekeeping.

      3.      Pensacola Beach Marina is appointed the Substitute Custodian of the Defendant Vessel.  Pensacola Beach Marina shall retain the same in custody for possession and safekeeping until further order of this Court.  All Marshal's costs, if any, shall be paid prior to the release of said property and that the Substitute Custodian receipt for the property and the Marshal attest to the date anytime of release on a certified copy thereof.

      DONE AND ORDERED at Pensacola, Florida, this 9th day of July, 2008.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**